**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**JERMERA MARQUEZ MAYO#447242**          **CIVIL ACTION NO. 20-cv-0724**

**VERSUS**                                                              **JUDGE TERRY A. DOUGHTY**

**CADDO CORRECTIONAL CENTER, ET AL**   **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 30] having been considered, together with the written Objection [Doc. No. 31] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Jermera Marquez Mayo's Motion for Summary Judgment [Doc. No. 25] is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants Caddo Correctional Center, Et Al's Motion for Summary Judgment [Doc. No. 22] is **GRANTED** and that all claims against all Defendants are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 14th day of June, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE